PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: DIAZ, Hector         Cr.: 12-00058-001
PACTS Number: 25108

Name of Assigned Judicial Officer: Honorable Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 01/16/2008

Original Offense: Conspiracy to Distribute and Possess With Intent to Distribute in Excess of Five (5) Grams of Cocaine Base, in Excess of 500 Grams of Cocaine, in Excess of 100 Grams of Heroin, and Marijuana

Original Sentence: 90 months imprisonment; 4 years supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; 2) financial disclosure; 3) no new debt; and 4) DNA collection.

Type of Supervision: Supervised Release     Date Supervision Commenced: 11/01/2011

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows. The addition of the following special condition:

RESIDENTIAL REENTRY CENTER PLACEMENT (1 month WITHOUT weekend privileges)

You shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. Only gainful W-2 employment shall be permitted (if obtained). You shall pay subsistence as required by the program.

## CAUSE

1) On January 16, 2012, Diaz associated with a convicted felon (Ricky Santana / FBI # 137776EB9 / NJ SBI # 216781C) without Probation's permission.

2) On January 22, 2012, Diaz traveled out-of-state without Probation's permission.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

*Joseph Empirio* Joseph Empirio
2012.02.09 09:15:26
-05'00'

Date: 02/09/2012

---

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/15/12
_____
Date